1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                            SAN FRANCISCO DIVISION
11

| | |
|---|---|
| 12  I-ENTERPRISE COMPANY LLC, | Case No. C 03 1561 MMC (EDL) |
| 13             Plaintiff, | **[PROPOSED]** ORDER GRANTING LEAVE TO FILE UNDER SEAL |
| 14             Vs. | EXHIBITS 8-13 TO THE DECLARATION OF CHRISTOPHER L. WANGER IN |
| 15  DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC, | SUPPORT OF DEFENDANTS' MOTION: (1) TO COMPEL PRODUCTION OF |
| 16  DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC, | DOCUMENTS OF PLAINTIFF'S EXPERT WITNESS MAYER WITHHELD FROM |
| 17  TIMOTHY C. DRAPER, JOHN H.N. FISHER and STEPHEN T. | PRODUCTION BY ATTORNEYS FOR I-ENTERPRISE; (2) TO COMPEL |
| 18  JURVETSON, | FURTHER DEPOSITION TESTIMONY FROM MAYER CONCERNING THE |
| 19             Defendants. | CONTENT OF THE WITHHELD DOCUMENTS & DISCUSSIONS WITH |
| 20  | IEC'S COUNSEL; AND (3) TO COMPEL FURTHER DEPOSITION TESTIMONY |
| 21  | FROM PLAINTIFF'S EXPERT WITNESS ROSENBAUM CONCERNING TOPICS |
| 22  | RAISED BY IEC'S ATTORNEYS ON CROSS-EXAMINATION |

25
26
27
28

Having considered Defendants Draper Fisher Jurvetson Management Company V, LLC, Draper Fisher Jurvetson Management Co. VI, LLC, Timothy C. Draper, John H. N. Fisher and Stephen T. Jurvetson's *Ex Parte* Request to File Under Seal Exhibits 8-13 of the Declaration of Christopher L. Wanger in Support of Defendants' Motion: (1) to Compel Production of Documents of Plaintiff's Expert Witness Mayer Withheld from Production by Attorneys for I-Enterprise; (2) to Compel Further Deposition Testimony from Mayer Concerning the Content of the Withheld Documents & Discussions with IEC's Counsel; and (3) to Compel Further Deposition Testimony from Plaintiff's Expert Witness Rosenbaum Concerning Topics Raised by IEC's Attorneys on Cross-Examination ("Wanger Decl."), and all other supporting and opposing arguments and papers, and finding good cause;

IT IS HEREBY ORDERED that the Request to File Under Seal Exhibits 8-13 of the Wanger Decl. is hereby GRANTED.

The following documents will be filed under seal:

**(A)     Exhibit 8, true and correct copies of excerpts from the Deposition of Marcia Kramer Mayer, Ph.D., taken on March 31, 2005;**

**(B)     Exhibit 9, true and correct copies of excerpts from Exhibit 631 to Dr. Mayer's deposition containing documents produced by I-Enterprise Company LLC ("IEC") and Dr. Mayer that were redacted prior to production;**

**(C)     Exhibit 10, true and correct copies of excerpts from Exhibit 640 to Dr. Mayer's deposition containing documents produced by IEC and Dr. Mayer that were redacted prior to production;**

**(D)     Exhibit 11, a true and correct copy of Exhibit 642 to Dr. Mayer's deposition containing documents produced by IEC and Dr. Mayer;**

**(E)     Exhibit 12, a true and correct copy of Exhibit 644 to Dr. Mayer's deposition; and;**

1  **(F)** **Exhibit 13, true and correct copies of excerpts from the Deposition of Paul L.**
2  **Rosenbaum, taken March 29, 2005.**

4  IT IS SO ORDERED.
5  Dated: ~~July~~ June 9 ____, 2005

GRANTED
Judge Elizabeth D. Laporte

_____
Honorable Judge Elizabeth D. Laporte
United States Magistrate Judge

20133752.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

3

ORDER GRANTING EX PARTE REQUEST TO FILE
UNDER SEAL; CASE NO. C 03 1561 MMC (EDL)