1  MANATT, PHELPS & PHILLIPS, LLP
   RONALD S. KATZ (California Bar No. 085713)
2  CHRISTOPHER L. WANGER (California Bar No. 164751)
   EUGENE L. HAHM (California Bar No. 167596)
3  JEFFREY J. LOKEY (California Bar No. 200825)
   1001 Page Mill Road, Building 2
4  Palo Alto, CA  94304-1006
   Telephone:   (650) 812-1300
5  Facsimile:   (650) 213-0260

6  Attorneys for Defendants,
   DRAPER FISHER JURVETSON MANAGEMENT COMPANY V,
7  LLC, DRAPER FISHER JURVETSON MANAGEMENT CO. VI,
   LLC, TIMOTHY C. DRAPER, JOHN H. N. FISHER and STEPHEN
8  T. JURVETSON

9

10                    UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  I-ENTERPRISE COMPANY LLC,            Case No. C03-1561 MMC (EDL)

15            Plaintiff,                  STIPULATION AND [PROPOSED] ORDER
                                          ON MOTION TO (1) COMPEL PRODUCTION
16       vs.                             OF DOCUMENTS OF PLAINTIFF'S EXPERT
                                          WITNESS MARCIA KRAMER MAYER, Ph.D
17  DRAPER FISHER JURVETSON              WITHHELD FROM PRODUCTION BY
    MANAGEMENT COMPANY V, LLC,           ATTORNEYS FOR I-ENTERPRISE
18  DRAPER FISHER JURVETSON              COMPANY LLC; (2) COMPEL FURTHER
    MANAGEMENT CO. VI, LLC, TIMOTHY      DEPOSITION TESTIMONY FROM MARCIA
19  C. DRAPER, JOHN H. N. FISHER and     KRAMER MAYER, Ph.D. CONCERNING
    STEPHEN T. JURVETSON,                THE CONTENT OF THE WITHHELD
20                                        DOCUMENTS & DISCUSSIONS WITH IEC'S
            Defendants.                   COUNSEL; AND (3) COMPEL FURTHER
21                                        DEPOSITION TESTIMONY FROM
                                          PLAINTIFF'S EXPERT WITNESS PAUL L.
22                                        ROSENBAUM CONCERNING TOPICS
                                          RAISED BY IEC'S ATTORNEYS ON
23                                        CROSS-EXAMINATION

24                                        DATE:        July 12, 2005
                                          TIME:        9:00 a.m.
25                                        PLACE:       Courtroom E, 15th Floor
                                          JUDGE:       Hon. Elizabeth D. Laporte
26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20137080.3                         1                STIPULATION & [PROPOSED] ORDER ON
                                                    DEFENDANTS' MOTION TO COMPEL
                                                    CASE NO. C03-1561 MMC (EDL)

1    WHEREAS, on June 7, 2005, Defendants, DRAPER FISHER JURVETSON
2    MANAGEMENT COMPANY V, LLC, DRAPER FISHER JURVETSON MANAGEMENT
3    CO. VI, LLC, TIMOTHY C. DRAPER, JOHN H. N. FISHER and STEPHEN T. JURVETSON
4    (collectively, the "Defendants") filed a Notice of Motion and Motion To: (1) Compel Production
5    Of Documents Of Plaintiff's Expert Witness Marcia Kramer Mayer, Ph.D. Withheld From
6    Production By Attorneys For I-Enterprise Company LLC ("IEC"); (2) Compel Further Deposition
7    Testimony From Marcia Kramer Mayer, Ph.D. Concerning The Content Of The Withheld
8    Documents & Discussions With IEC's Counsel; and (3) Compel Further Deposition Testimony
9    From Plaintiff's Expert Witness Paul L. Rosenbaum Concerning Topics Raised By IEC's
10   Attorneys On Cross-Examination;

11   WHEREAS, on June 21, 2005, Plaintiff, IEC, submitted a Statement Of Non-Opposition
12   to Defendants' motion to compel and a [Proposed] Order; and

13   WHEREAS, counsel for the parties have further met and conferred concerning the
14   discrepancies between the relief sought in Defendants' motion and Plaintiff's Statement of Non-
15   Opposition and [Proposed] Order and have reached a mutually agreeable accommodation
16   regarding same.

17   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
18   the undersigned attorneys for the parties as follows:

19   (1)    IEC's counsel shall produce without any redactions all of the notes of Dr. Marcia
20   Kramer Mayer previously produced with redactions to Defendants' counsel by July 15, 2005;

21   (2)    Defendants may, by the September 23, 2005 expert discovery cut-off, reopen Dr.
22   Mayer's deposition for up to an additional 30 minutes for questioning relating to the contents of
23   the previously redacted portions of her notes to be produced hereunder; and

24   (3)    Defendants may, by the September 23, 2005 expert discovery cut-off, reopen Paul
25   Rosenbaum's deposition for up to an additional 20 minutes to question him regarding the
26   obligations of a limited partner or potential limited partner to check up on the fund by doing
27   additional due diligence, if any, beyond what is represented in the fund offering memorandum.

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20137080.3

2

STIPULATION & [PROPOSED] ORDER ON
DEFENDANTS' MOTION TO COMPEL
CASE NO. C03-1561 MMC (EDL)

1  Dated: June 28, 2005                    MANATT, PHELPS & PHILLIPS, LLP

2

3                                          By:  /s/Jeffrey J. Lokey

4                                              Jeffrey J. Lokey
                                               *Attorneys for Defendants,*
5                                              DRAPER FISHER JURVETSON
                                               MANAGEMENT COMPANY V, LLC,
6                                              DRAPER FISHER JURVETSON
                                               MANAGEMENT CO. VI, LLC, TIMOTHY
7                                              C. DRAPER, JOHN H. N. FISHER and
                                               STEPHEN T. JURVETSON
8

9  Dated: June 28, 2005                    KEKER & VAN NEST, LLP

10

11                                         By:  /s/Ashok Ramani

12                                             Ashok Ramani
                                               *Attorneys for Plaintiff,*
                                               I-ENTERPRISE COMPANY LLC

13                                             *Filer's Attestation: Pursuant to General*
14                                             *Order No. 45, Section X(B) regarding*
                                               *signatures, Jeffrey J. Lokey hereby attests*
15                                             *that concurrence in the filing of this*
                                               *document has been obtained.*

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20137080.3                                 3                STIPULATION & [PROPOSED] ORDER ON
                                                            DEFENDANTS' MOTION TO COMPEL
                                                            CASE NO. C03-1561 MMC (EDL)

1

## **ORDER**

2          Presently before the Court is Defendants' motion to compel certain redacted notes and

3    additional testimony from IEC expert witness Dr. Marcia Kramer Mayer, and additional

4    testimony from IEC expert witness Paul L. Rosenbaum.  Having considered Defendants' moving

5    papers, Plaintiff's non-opposition papers, the parties' stipulation, and the case record, the Court

6    finds that the parties are in substantial agreement, and to avoid further disputes,

7          IT IS HEREBY ORDERED that:

8          (1)     IEC's counsel shall produce without any redactions all of the notes of Dr. Marcia

9    Kramer Mayer previously produced with redactions to Defendants' counsel by July 15, 2005;

10         (2)     Defendants may, by the September 23, 2005 expert discovery cut-off, reopen Dr.

11   Mayer's deposition for up to an additional 30 minutes for questioning relating to the contents of

12   the previously redacted portions of her notes to be produced hereunder; and

13         (3)     Defendants may, by the September 23, 2005 expert discovery cut-off, reopen Paul

14   Rosenbaum's deposition for up to an additional 20 minutes to question him regarding the

15   obligations of a limited partner or potential limited partner to check up on the fund by doing

16   additional due diligence, if any, beyond what is represented in the fund offering memorandum.

17   DATED: June 30 2005

18

19                              _____
                                THE HON. ELIZABETH D. LAPORTE
20                              UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Palo Alto

20137080.3

4

STIPULATION & [PROPOSED] ORDER ON
DEFENDANTS' MOTION TO COMPEL
CASE NO. C03-1561 MMC (EDL)