KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
I-ENTERPRISE COMPANY LLC,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I-ENTERPRISE COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC; DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC; TIMOTHY C. DRAPER; JOHN H. N. FISHER; and STEPHEN T. JURVETSON,<br><br>Defendants. | Case No. C 03-1561 MMC (EDL)<br><br>**ADMINISTRATIVE REQUEST TO FILE CERTAIN EXHIBITS UNDER SEAL FOR (1) PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXTEND THE FACT DISCOVERY CUT-OFF; AND (2) PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM CORNERSTONE RESEARCH AND PAUL GOMPERS; [~~PROPOSED~~] ORDER**<br><br>Dates: Tuesday, August 16 & 30, 2005<br>Time: 9:00 a.m.<br>Courtroom: E, 15th Floor<br>Judge: Honorable Elizabeth D. Laporte<br><br>Trial Date: January 30, 2006 |

## ADMINISTRATIVE REQUEST TO SEAL

Plaintiff I-ENTERPRISE COMPANY LLC submits this Administrative Request under Civil Local Rule 79-5 to file documents under seal in connection with (1) Plaintiff's Opposition To Defendants' Motion To Extend The Fact Discovery Cut-Off ("Opposition"); And (2) Plaintiff's Motion To Compel Production Of Documents From Cornerstone Research And Paul Gompers ("Motion").  Plaintiff makes this Request in a good-faith effort to maintain the confidentiality of exhibits A, M, and N to the Declaration of Ashok Ramani submitted in support of the Motion, and exhibits D, N, and O to the Declaration of Ashok Ramani submitted in support of the Opposition.  This request is narrowly tailored as required under Civil Local Rule 79-5(b), and therefore there is good cause for filing the following exhibits under seal:

**Exhibits to Ramani Declaration In Support of Opposition**

Concurrently filed in support of IEC's Opposition is the Declaration of Ashok Ramani, which attaches exhibits that include confidential information as that term is defined under the governing protective order.

**Exhibit D**:  This exhibit is a deposition transcript that addresses sensitive, proprietary business information and personal financial information of IEC's that is confidential.

**Exhibit N**:  This exhibit is a deposition transcript that addresses sensitive, proprietary business information and personal financial information of IEC's that is confidential.

**Exhibit O**:  This exhibit is a deposition transcript that addresses sensitive, proprietary business information and personal financial information of IEC's that is confidential.

**Exhibits to Ramani Declaration In Support of Motion**

Concurrently filed in support of IEC's Motion is the Declaration of Ashok Ramani, which attaches exhibits that include confidential information as that term is defined under the governing protective order.

**Exhibit A**:  This exhibit is a deposition transcript that addresses sensitive, proprietary business information and personal financial information that IEC believes is confidential to Defendants.

**Exhibit M**:  This exhibit is an expert report submitted by Paul A. Gompers that

1 summarizes and describes sensitive, proprietary business information and personal financial
2 information of both IEC and Defendants.

3 **Exhibit N**:  This exhibit is an expert rebuttal report submitted by Paul A. Gompers that
4 summarizes and describes sensitive, proprietary business information and personal financial
5 information of both IEC and Defendants.

## DECLARATION OF ASHOK RAMANI

In support of this Administrative Request, undersigned counsel Ashok Ramani, under penalty of perjury, declares as follows:

1. I am an attorney licensed to practice law in the State of California and I am an associate with Keker & Van Nest, LLP, counsel for Plaintiff I-Enterprise Company LLC.  I have personal knowledge of the facts set forth below and, if called as a witness about those facts, could testify competently thereto.

2. IEC has filed its Opposition To Defendants' Motion To Extend The Fact Discovery Cut-Off.  Exhibits D, N, and O to the Declaration of Ashok Ramani filed in support of that opposition contain sensitive and confidential material.  Specifically, these exhibits address sensitive, proprietary business information and personal financial information of IEC's.

3. IEC has also filed its Motion To Compel Production Of Documents From Cornerstone Research And Paul Gompers.  Exhibits A, M, and N to the Declaration of Ashok Ramani filed in support of that motion contain sensitive and confidential material.  Specifically, these exhibits describe sensitive, proprietary business information and personal financial information of IEC, Defendants, or both.

For the foregoing reason, Plaintiff IEC respectfully requests that the Court permit the sealing of the documents set forth above, and order that the Clerk of the Court maintain them in accordance with the provisions of Local Civil Rule 79-5(e).

| | |
|---|---|
| Dated:  July 26, 2005 | Respectfully submitted, |
| | KEKER & VAN NEST, LLP |
| | By:  /s/ Ashok Ramani |
| | ASHOK RAMANI |
| | Attorneys for Plaintiff |
| | I-ENTERPRISE COMPANY LLC |

**[~~PROPOSED~~] ORDER**

Plaintiff I-Enterprise Company LLC's request to file certain documents under seal in connection with its (1) Opposition To Defendants' Motion To Extend The Fact Discovery Cut-Off ("Opposition"); and (2) Motion To Compel Production Of Documents From Cornerstone Research And Paul Gompers is GRANTED.  The Clerk will maintain such documents in accordance with the provisions of Civil Local Rule 79-5(e).

IT IS SO ORDERED.

Dated: July 27, 2005

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT CALIFORNIA — IT IS SO ORDERED — Judge Elizabeth D. Laporte]*