IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I-ENTERPRISE CO., | No. C-03-01561 MMC (EDL) |
| Plaintiff, | **ORDER DENYING DEFENDANTS' EX PARTE MOTION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION TO COMPEL BUT MODIFYING BRIEFING SCHEDULE** |
| v. | |
| DRAPER FISHER JURVETSON MANAGEMENT CO., et al., | |
| Defendants. | |

On July 26, 2005, Plaintiff filed a Motion to Compel Production of Documents from Cornerstone Research and Paul Gompers and set a hearing date of August 30, 2005. On August 5, 2005, Defendants filed an ex parte motion seeking a two-week continuance of that hearing date and the associated briefing schedule on the ground that the non-parties from whom production of documents is sought recently retained counsel and that those new attorneys required time to review and respond to the motion to compel. On August 8, 2005, Plaintiff vigorously opposed Defendants' motion.

Defendants have not shown good cause for a two-week continuance of the hearing date for Plaintiff's motion to compel, particularly in light of the looming discovery cutoff date and summary judgment filing deadline. There is, however, good cause to modify the briefing schedule.

//
//

1  Therefore, any opposition to Plaintiff's motion to compel shall be filed no later than August 18,
2  2005. Any reply shall be filed no later than August 23, 2005. The hearing remains scheduled for
3  August 30, 2005.

5  **IT IS SO ORDERED.**

7  Dated: August 9, 2005

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge