MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (California Bar No. 085713)
CHRISTOPHER L. WANGER (California Bar No. 164751)
EUGENE L. HAHM (California Bar No. 167596)
JEFFREY J. LOKEY (California Bar No. 200825)
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:     (650) 812-1300
Facsimile:     (650) 213-0260

Attorneys for Defendants,
DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC;
DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC;
TIMOTHY C. DRAPER, JOHN H.N. FISHER, AND STEPHEN T. JURVETSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I-ENTERPRISE COMPANY LLC,<br><br>            Plaintiff,<br><br>      Vs.<br><br>DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC, DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC, TIMOTHY C. DRAPER, JOHN H.N. FISHER and STEPHEN T. JURVETSON,<br><br>            Defendants. | Case No. C 03 1561 MMC (EDL)<br><br>[~~PROPOSED~~] ORDER SEALING CONFIDENTIAL  DOCUMENTS [L.R. 79-5]<br><br>DATE:         August 16, 2005<br>TIME:          9:00 a.m.<br>JUDGE:       Hon. Elizabeth D. Laporte<br>COURTROOM: E, 15th Floor |

On April 14, 2004, the Court entered a Protective Order which provides for the designation of certain sensitive, non-public information as "Confidential."  Defendants have requested an Order sealing Exhibit 2 to the Supplemental Declaration of Jeffrey J. Lokey In Support of Defendant's Motion (1) For Leave to Conduct Discovery on Claims and Factual Allegations Added by Plaintiff, I-Enterprise Company LLC, in Its Third Amended Complaint,

1  and (2) to Extend the Non-Expert Discovery Cut-off to Allow Defendants Sufficient Time to Conduct Such Discovery (Suppl. Lokey Decl."). As set forth in the Declaration of Jeffrey J. Lokey submitted in support of Defendants' request to file under seal, Exhibit 2 contains excerpts from the deposition of IEC's and its predecessors' in-house counsel, Peter DeFeo, which in turn cite to and discusses confidential and sensitive personal financial and business information that has been designated by one or both of the parties as "Confidential."

Accordingly, the parties have agreed to treat this deposition as "Confidential" due to the nature of the information contained therein. Pursuant to Civil L.R. 79-5(d), Defendants have submitted a Miscellaneous Administrative Request to file this information under seal. Defendants have narrowly tailored its request in that it has publicly filed redacted versions of Suppl. Lokey Decl., and have excised only those portions containing non-public, sensitive and confidential information.

ACCORDINGLY, GOOD CAUSE APPEARING, pursuant to Federal Rule of Civil Procedure 26(c), Civil L.R. 79-5(d), and the Court's inherent authority over the papers filed in this Court:

IT IS HEREBY ORDERED that:

1. Exhibit 2 to the Supplemental Declaration of Jeffrey J. Lokey In Support of Defendant's Motion (1) For Leave to Conduct Discovery on Claims and Factual Allegations Added by Plaintiff, I-Enterprise Company LLC, in Its Third Amended Complaint, and (2) to Extend the Non-Expert Discovery Cut-off to Allow Defendants Sufficient Time to Conduct Such Discovery is sealed.

IT IS SO ORDERED

Dated: __August 10__, 2005



The Honorable Elizabeth D. Laporte
U.S. Magistrate Judge

---

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20139759.2

2

[PROPOSED ORDER SEALING CONFIDENTIAL
DOCS. PURSUANT TO CIVIL L.R. 79-5(D)
CASE NO. C 03 1561