GEORGE M. NEWCOMBE (Bar No. 202898) gnewcombe@stblaw.com
ALEXIS COLL-VERY (Bar No. 212735) acoll@stblaw.com
SIMPSON THACHER & BARTLETT LLP
3330 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Attorneys for Non-Party
Paul A. Gompers

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I-ENTERPRISE COMPANY LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC, DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC, TIMOTHY C. DRAPER, JOHN H.N. FISHER and STEPHEN T. JURVETSON,<br>　　　　　Defendants. | Case No. C 03 1561 MMC (EDL)<br><br>[~~PROPOSED~~] **ORDER SEALING CONFIDENTIAL DOCUMENT** |

---

[~~PROPOSED~~] ORDER GRANTING NON-PARTY PAUL GOMPERS' MISCELLANEOUS ADMINISTRATIVE
REQUEST TO SEAL CONFIDENTIAL DOCUMENT - CASE NO. C 03 1561 MMC (EDL)

On April 14, 2004, the Court entered a Protective Order which provides for the designation of certain sensitive, non-public information as "Confidential." Non-Party Paul Gompers has requested an Order sealing Exhibit A to the Declaration of Jonathan C. Sanders ("Sanders Decl.") in Support of Non-Party Paul Gompers' Opposition to Plaintiff's Motion to Compel Production of Documents ("Opposition") and His Miscellaneous Administrative Request to Seal Confidential Document. As set forth in the Sanders Decl., Exhibit A contains excerpts from the deposition of Dr. Gompers that cite to and discuss confidential and sensitive personal financial and business information that have been designated by one or both of the parties as "Confidential" under the Protective Order and that are subject to confidentiality agreements with third parties.

Accordingly, the parties have agreed to treat this deposition as "Confidential" due to the nature of the information contained therein. Pursuant to Civil Local Rule 79-5, Dr. Gompers has submitted a Miscellaneous Administrative Request to file this information under seal. Dr. Gompers has narrowly tailored his request to seal only this deposition testimony and no other portion of his Opposition or other supporting papers.

ACCORDINGLY, GOOD CAUSE APPEARING, pursuant to Federal Rule of Civil Procedure 26(c), Civil L.R. 79-5, the Court's inherent authority over the papers filed in this Court, and the Protective Order entered in this case, IT IS HEREBY ORDERED THAT:

1. Dr. Gompers' Miscellaneous Administrative Request is GRANTED. Exhibit A to the Sanders Decl. is sealed.

IT IS SO ORDERED.

Dated: __August 23__, 2005

_____
Honorable Elizabeth D. Laporte
U.S. Magistrate Judge

[PROPOSED] ORDER GRANTING NON-PARTY PAUL GOMPERS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL CONFIDENTIAL DOCUMENT - CASE NO. C 03 1561 MMC (EDL)