MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (California Bar No. 085713)
CHRISTOPHER L. WANGER (California Bar No. 164751)
EUGENE L. HAHM (California Bar No. 167596)
JEFFREY J. LOKEY (California Bar No. 200825)
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:    (650) 812-1300
Facsimile:    (650) 213-0260

Attorneys for Defendants,
DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC;
DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC;
TIMOTHY C. DRAPER, JOHN H.N. FISHER, AND STEPHEN T. JURVETSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I-ENTERPRISE COMPANY LLC,<br><br>       Plaintiff,<br><br>Vs.<br><br>DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC, DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC, TIMOTHY C. DRAPER, JOHN H.N. FISHER and STEPHEN T. JURVETSON,<br><br>       Defendants. | Case No. C 03 1561 MMC (EDL)<br><br>**[PROPOSED]** ORDER SEALING CONFIDENTIAL DOCUMENTS [L.R. 79-5]<br><br>DATE:    November 8, 2005<br>TIME:    9:00 a.m.<br>PLACE:   Courtroom E, 15th Floor<br>JUDGE:   Hon. Elizabeth D. Laporte |

On April 14, 2004, the Court entered a Protective Order which provides for the designation of certain sensitive, non-public information as "Confidential." Defendants have requested an Order sealing Exhibits 6, 7, and 13 to the Declaration of Jeffrey J. Lokey in Support of Defendants' Notice Of Motion And Motion To Compel (1)Further Deposition Testimony From Stephen Roy Concerning Claims Added By I-Enterprise Company LLC's Third Amended

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20144067.1               1        [PROPOSED ORDER SEALING CONFIDENTIAL
                                   DOCS. PURSUANT TO CIVIL L.R. 79-5(D)
                                                   CASE NO. C 03 1561

1   Complaint ("TAC"), (2) Further Deposition Testimony Of IEC Expert Thomas L. Porter, Ph.D.
2   On Documents Not Timely Produced By IEC's Counsel, (3) Responses To Defendants' Requests
3   For Admission, Interrogatories And Document Requests On Claims Added By The TAC, and (4)
4   Supplemental Document Production On Defendants' Requests For Production On Claims Added
5   By IEC's TAC ("Lokey Declaration").  As set forth in the Declaration of Jeffrey J. Lokey
6   submitted in support of Defendants' request to file under seal, Exhibits 6, 7, and 13 contain
7   confidential and sensitive financial and business information that has been designated by one or
8   both of the parties as "Confidential."

9       Accordingly, the parties have agreed to treat this deposition as "Confidential" due to the
10  nature of the information contained therein.  Pursuant to Civil L.R. 79-5(d), Defendants have
11  submitted a Miscellaneous Administrative Request to file this information under seal.  Defendants
12  have narrowly tailored its request in that it has excised only those documents containing non-
13  public, sensitive and confidential information.

14      ACCORDINGLY, GOOD CAUSE APPEARING, pursuant to Federal Rule of Civil
15  Procedure 26(c), Civil L.R. 79-5(d), and the Court's inherent authority over the papers filed in
16  this Court:

17      IT IS HEREBY ORDERED that:

18      1.   Exhibit 6 to the Declaration of Jeffrey J. Lokey in Support of Defendants' Notice
19  Of Motion And Motion To Compel (1)Further Deposition Testimony From Stephen Roy
20  Concerning Claims Added By I-Enterprise Company LLC's Third Amended Complaint ("TAC"),
21  (2) Further Deposition Testimony Of IEC Expert Thomas L. Porter, Ph.D. On Documents Not
22  Timely Produced By IEC's Counsel, (3) Responses To Defendants' Requests For Admission,
23  Interrogatories And Document Requests On Claims Added By The TAC, and (4) Supplemental
24  Document Production On Defendants' Requests For Production On Claims Added By IEC's TAC
25  is sealed.

26      2.   Exhibit 7 to the Declaration of Jeffrey J. Lokey in Support of Defendants' Notice
27  Of Motion And Motion To Compel (1)Further Deposition Testimony From Stephen Roy
28  Concerning Claims Added By I-Enterprise Company LLC's Third Amended Complaint ("TAC"),

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20144067.1                                2                [PROPOSED ORDER SEALING CONFIDENTIAL
                                                            DOCS. PURSUANT TO CIVIL L.R. 79-5(D)
                                                            CASE NO. C 03 1561

1  (2) Further Deposition Testimony Of IEC Expert Thomas L. Porter, Ph.D. On Documents Not
2  Timely Produced By IEC's Counsel, (3) Responses To Defendants' Requests For Admission,
3  Interrogatories And Document Requests On Claims Added By The TAC, and (4) Supplemental
4  Document Production On Defendants' Requests For Production On Claims Added By IEC's TAC
5  is sealed.

6      3.   Exhibit 13 to the Declaration of Jeffrey J. Lokey in Support of Defendants' Notice
7  Of Motion And Motion To Compel (1)Further Deposition Testimony From Stephen Roy
8  Concerning Claims Added By I-Enterprise Company LLC's Third Amended Complaint ("TAC"),
9  (2) Further Deposition Testimony Of IEC Expert Thomas L. Porter, Ph.D. On Documents Not
10 Timely Produced By IEC's Counsel, (3) Responses To Defendants' Requests For Admission,
11 Interrogatories And Document Requests On Claims Added By The TAC, and (4) Supplemental
12 Document Production On Defendants' Requests For Production On Claims Added By IEC's TAC
13 is sealed.

14
15     IT IS SO ORDERED
16     Dated: __October 12_____, 2005

        [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Elizabeth D. Laporte — Judge Elizabeth D. Laporte]

18     _____
19     The Honorable Maxine M. Chesney
       Elizabeth D. Laporte
20     United States District Court Judge
       Magistrate

---

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Palo Alto

20144067.1                    3            [PROPOSED ORDER SEALING CONFIDENTIAL
                                           DOCS. PURSUANT TO CIVIL L.R. 79-5(D)
                                           CASE NO. C 03 1561