United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DRAPER FISHER JURVETSON
MANAGEMENT COMPANY V, LLC, et al.,

    Plaintiffs,

  v.

I-ENTERPRISE COMPANY LLC,

    Defendant.
                                   /

No. C 03-1561 MMC

**ORDER DENYING DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER CONTINUING THE DEADLINE FOR FILING DISPOSITIVE MOTIONS**

     Before the Court is defendants' ex parte application, filed September 30, 2005, for a continuance, from October 14, 2005 to November 18, 2005, of the deadline for filing dispositive motions. Defendants contend that a continuance is necessary because of the pendency of their motions to dismiss certain counts of the Fourth Amended Complaint and to compel further discovery. In light of the upcoming trial date, however, and the modest nature of the amendments made to the Third Amended Complaint, the Court finds that a continuance is not warranted.

     Accordingly, defendants' ex parte application for a continuance of the deadline for filing dispositive motions is hereby DENIED.

     **IT IS SO ORDERED**.

Dated: October 12, 2005

                                                 MAXINE M. CHESNEY
                                               United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28