UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

I-ENTERPRISE COMPANY LLC,

    Plaintiff,

    v.

DRAPER FISHER JURVETSON
MANAGEMENT COMPANY V, LLC,
et al.,

    Defendants.
    _____/

No. C 03-01561 MMC (EDL)

NOTICE OF REFERENCE, TIME
AND PLACE OF HEARING

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Elizabeth Laporte for discovery matters.

The hearing on Defendants' motion for (1) leave to conduct discovery on California Blue Sky Law claims and punitive damages claims, and (2) to extend the non-expert discovery cut-off to allow defendants sufficient time to conduct such discovery, has been set for **November 15, 2005**, at 9:00 a. m., in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

The opposition shall be served and filed no later than October 25, 2005. Any reply to the opposition shall be served and filed no later than November 1, 2005.

LAW AND MOTION HEARING PROCEDURES

All filings of documents relating to motions referred to Magistrate Judge Laporte shall list the civil case number and the District Court Judge's initials followed by the designation "(EDL)".

Except as noted above, all documents shall be filed in compliance with Civil Local Rules 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the Court.

Refer.Not

1    Pursuant to General Order 45 VI.G, if documents are filed electronically, a paper chambers copy
2 of each electronically filed document must be delivered to the Court no later than 12:00 noon on the day
3 after the filing. The paper chambers copy must be marked "Chambers Copy" and must be lodged with
4 the Clerk's Office, in an envelope clearly marked with the judge's name, case number, and "Chambers
5 Copy." Parties must not <u>file</u> a paper copy of any document with the Clerk's Office that has already been
6 filed electronically.

7    Any party seeking an award of attorney's fees or other expenses in connection with this motion
8 shall file a motion in accordance with Civil Local Rule 37-3.

10 Dated:  October 13, 2005

11    _____
   ELIZABETH D. LAPORTE
12    United States Magistrate Judge

Refer.Not