MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (California Bar No. 085713)
CHRISTOPHER L. WANGER (California Bar No. 164751)
EUGENE L. HAHM (California Bar No. 167596)
JEFFREY J. LOKEY (California Bar No. 200825)
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:    (650) 812-1300
Facsimile:    (650) 213-0260

Attorneys for Defendants,
DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC;
DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC;
TIMOTHY C. DRAPER, JOHN H.N. FISHER, AND STEPHEN T. JURVETSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I-ENTERPRISE COMPANY LLC,<br><br>          Plaintiff,<br><br>     Vs.<br><br>DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC, DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC, TIMOTHY C. DRAPER, JOHN H.N. FISHER and STEPHEN T. JURVETSON,<br><br>          Defendants. | Case No. C 03 1561 MMC (EDL)<br><br>[~~PROPOSED~~] ORDER SEALING CONFIDENTIAL DOCUMENTS [L.R. 79-5]<br><br>DATE:    November 18, 2005<br>TIME:    9:00 a.m.<br>PLACE:   7, 19th Floor<br>JUDGE:   Honorable Maxine M. Chesney |

On April 14, 2004, the Court entered a Protective Order which provides for the designation of certain sensitive, non-public information as "Confidential." Defendants have requested an Order sealing the confidential version of Defendants' Notice of Motion and Motion of Timothy C. Draper, John H.N. Fisher and Stephen T. Jurvetson For Summary Judgment on Fourth Amended Complaint or Alternatively, For Summary Adjudication (Motion For Summary

20144681.1                                              1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED ORDER SEALING CONFIDENTIAL DOCS. PURSUANT TO CIVIL L.R. 79-5(D)
CASE NO. C 03 1561

Judgment #1), the confidential version of Defendants' Notice of Motion and Motion of Draper Fisher Jurvetson Management Company V, LLC For Summary Judgment on Fourth Amended Complaint or, Alternatively, For Summary Adjudication (Motion For Summary Judgment #2), the confidential version of Defendants' Notice of Motion and Motion of Draper Fisher Jurvetson Management Co., VI, LLC For Summary Judgment on Fourth Amended Complaint or Alternatively, For Summary Adjudication (Motion For Summary Judgment #3), Exhibits 1-36, 38-39, and 62 to the Declaration of Christopher L. Wanger and Request for Judicial Notice in Support of Motions of (1) Timothy C. Draper, John H.N. Fisher and Stephen T. Jurvetson; (2) Draper Fisher Jurvetson Management Company V, LLC; and (3) Draper Fisher Jurvetson Management Co. VI, LLC for Summary Judgment on Fourth Amended Complaint or, Alternatively, Summary Adjudication, the confidential version of the Declaration of Mark Greenstein in Support of Motions of (1) Timothy C. Draper, John H.N. Fisher and Stephen T. Jurvetson; (2) Draper Fisher Jurvetson Management Company V, LLC; and (3) Draper Fisher Jurvetson Management Co. VI, LLC for Summary Judgment on Fourth Amended Complaint or, Alternatively, Summary Adjudication, and Exhibits 1-126 filed concurrently therewith, the confidential version of the Declaration of Paul A. Gompers in Support of Motions of (1) Timothy C. Draper, John H.N. Fisher and Stephen T. Jurvetson; (2) Draper Fisher Jurvetson Management Company V, LLC; and (3) Draper Fisher Jurvetson Management Co. VI, LLC for Summary Judgment on Fourth Amended Complaint or, Alternatively, Summary Adjudication, and Exhibits 1-35 filed concurrently therewith, the confidential version of the Declaration of Timothy C. Draper in Support of Motions of (1) Timothy C. Draper, John H.N. Fisher and Stephen T. Jurvetson; (2) Draper Fisher Jurvetson Management Company V, LLC; and (3) Draper Fisher Jurvetson Management Co. VI, LLC for Summary Judgment on Fourth Amended Complaint or, Alternatively, Summary Adjudication, the confidential version of the Declaration of John H.N. Fisher in Support of Motions of (1) Timothy C. Draper, John H.N. Fisher and Stephen T. Jurvetson; (2) Draper Fisher Jurvetson Management Company V, LLC; and (3) Draper Fisher Jurvetson Management Co. VI, LLC for Summary Judgment on Fourth Amended Complaint or, Alternatively, Summary Adjudication, and Exhibits 1-2 filed concurrently therewith, and the

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Palo Alto

20144681.1

2

[PROPOSED ORDER SEALING CONFIDENTIAL DOCS. PURSUANT TO CIVIL L.R. 79-5(D)
CASE NO. C 03 1561

1  confidential version of the Declaration of Stephen Jurvetson in Support of Motions of (1) Timothy C. Draper, John H.N. Fisher and Stephen T. Jurvetson; (2) Draper Fisher Jurvetson Management Company V, LLC; and (3) Draper Fisher Jurvetson Management Co. VI, LLC for Summary Judgment on Fourth Amended Complaint or, Alternatively, Summary Adjudication.. As set forth in the Declaration of Jeffrey J. Lokey submitted in support of Defendants' request to file under seal, the documents named above contain confidential and sensitive financial and business information that has been designated by one or both of the parties as "Confidential."

Accordingly, the parties have agreed to treat these documents as "Confidential" due to the nature of the information contained therein.  Pursuant to Civil L.R. 79-5(d), Defendants have submitted a Miscellaneous Administrative Request to file this information under seal.  Defendants have narrowly tailored its request in that it has excised only those documents containing non-public, sensitive and confidential information.

ACCORDINGLY, GOOD CAUSE APPEARING, pursuant to Federal Rule of Civil Procedure 26(c), Civil L.R. 79-5(d), and the Court's inherent authority over the papers filed in this Court:

IT IS HEREBY ORDERED that:

1.  The confidential version of Defendants' Notice of Motion and Motion of Timothy C. Draper, John H.N. Fisher and Stephen T. Jurvetson For Summary Judgment on Fourth Amended Complaint or Alternatively, For Summary Adjudication (Motion For Summary Judgment #1) is sealed.

2.  The confidential version of Defendants' Notice of Motion and Motion of Draper Fisher Jurvetson Management Company V, LLC For Summary Judgment on Fourth Amended Complaint or, Alternatively, For Summary Adjudication (Motion For Summary Judgment #2) is sealed.

3.  The confidential version of Defendants' Notice of Motion and Motion of Draper Fisher Jurvetson Management Co., VI, LLC For Summary Judgment on Fourth Amended Complaint or Alternatively, For Summary Adjudication (Motion For Summary Judgment #3) is sealed.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20144681.1

3

[PROPOSED ORDER SEALING CONFIDENTIAL DOCS. PURSUANT TO CIVIL L.R. 79-5(D)
CASE NO. C 03 1561

1       4.      Exhibits 1-36, 38-39, and 62 to the Declaration of Christopher L. Wanger and Request for Judicial Notice in Support of Motions of (1) Timothy C. Draper, John H.N. Fisher and Stephen T. Jurvetson; (2) Draper Fisher Jurvetson Management Company V, LLC; and (3) Draper Fisher Jurvetson Management Co. VI, LLC for Summary Judgment on Fourth Amended Complaint or, Alternatively, Summary Adjudication is sealed.

        5.      The confidential version of the Declaration of Mark Greenstein in Support of Motions of (1) Timothy C. Draper, John H.N. Fisher and Stephen T. Jurvetson; (2) Draper Fisher Jurvetson Management Company V, LLC; and (3) Draper Fisher Jurvetson Management Co. VI, LLC for Summary Judgment on Fourth Amended Complaint or, Alternatively, Summary Adjudication, and Exhibits 1-126 filed concurrently therewith is sealed.

        6.      The confidential version of the Declaration of Paul A. Gompers in Support of Motions of (1) Timothy C. Draper, John H.N. Fisher and Stephen T. Jurvetson; (2) Draper Fisher Jurvetson Management Company V, LLC; and (3) Draper Fisher Jurvetson Management Co. VI, LLC for Summary Judgment on Fourth Amended Complaint or, Alternatively, Summary Adjudication, and Exhibits 1-35 filed concurrently therewith is sealed.

        7.      The confidential version of the Declaration of Timothy C. Draper in Support of Motions of (1) Timothy C. Draper, John H.N. Fisher and Stephen T. Jurvetson; (2) Draper Fisher Jurvetson Management Company V, LLC; and (3) Draper Fisher Jurvetson Management Co. VI, LLC for Summary Judgment on Fourth Amended Complaint or, Alternatively, Summary Adjudication is sealed.

        8.      The confidential version of the Declaration of John H.N. Fisher in Support of Motions of (1) Timothy C. Draper, John H.N. Fisher and Stephen T. Jurvetson; (2) Draper Fisher Jurvetson Management Company V, LLC; and (3) Draper Fisher Jurvetson Management Co. VI, LLC for Summary Judgment on Fourth Amended Complaint or, Alternatively, Summary Adjudication, and Exhibits 1-2 filed concurrently therewith is sealed.

        9.      The confidential version of the Declaration of Stephen Jurvetson in Support of Motions of (1) Timothy C. Draper, John H.N. Fisher and Stephen T. Jurvetson; (2) Draper Fisher Jurvetson Management Company V, LLC; and (3) Draper Fisher Jurvetson Management Co. VI,

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20144681.1                           4                    [PROPOSED ORDER SEALING CONFIDENTIAL
                                                          DOCS. PURSUANT TO CIVIL L.R. 79-5(D)
                                                          CASE NO. C 03 1561

LLC for Summary Judgment on Fourth Amended Complaint or, Alternatively, Summary Adjudication is sealed.

IT IS SO ORDERED

Dated: __October 24_____, 2005

_____
The Honorable Maxine M. Chesney
United States District Court Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20144681.1

5

[PROPOSED ORDER SEALING CONFIDENTIAL
DOCS. PURSUANT TO CIVIL L.R. 79-5(D)
CASE NO. C 03 1561