MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (California Bar No. 085713)
CHRISTOPHER L. WANGER (California Bar No. 164751)
EUGENE L. HAHM (California Bar No. 167596)
JEFFREY J. LOKEY (California Bar No. 200825)
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:   (650) 812-1300
Facsimile:    (650) 213-0260

Attorneys for Defendants,
DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC, DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC, TIMOTHY C. DRAPER, JOHN H. N. FISHER and STEPHEN T. JURVETSON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I-ENTERPRISE COMPANY LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC, DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC, TIMOTHY C. DRAPER, JOHN H. N. FISHER and STEPHEN T. JURVETSON,<br><br>            Defendants. | Case No. C03-1561 MMC (EDL)<br><br>~~[PROPOSED]~~ **ORDER GRANTING IN PART AND DENYING IN PART I-ENTERPRISE COMPANY LLC'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULE 7-11 FOR PERMISSION TO FILE ONE CONSOLIDATED BRIEF OF UP TO SIXTY-EIGHT PAGES IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>JUDGE:         Hon. Maxine M. Chesney<br>COURTROOM: 7, 19th Floor |

# ORDER

Presently before the Court is the motion of I-Enterprise Company LLC ("IEC") for administrative relief pursuant to Civil Local Rule 7-11 for permission to file one consolidated 68-page brief in opposition to Defendants' motions for summary judgment.  Defendants, Timothy C. Draper, John H. N. Fisher and Stephen T. Jurvetson (collectively, the "Individual Defendants"), Draper Fisher Jurvetson Management Company V, LLC ("Fund V LLC") and Draper Fisher Jurvetson Management Co. VI, LLC ("Fund VI LLC")(collectively, the Individual Defendants, Fund V LLC and Fund VI LLC are referred to herein as the "Defendants"), do not oppose IEC's motion insofar as it seeks to allow IEC to file one consolidated 68-page brief in opposition to the Individual Defendants', Fund V LLC's and Fund VI LLC's respective motions for summary judgment.  Defendants do oppose IEC's motion to the extent it seeks to limit the Individual Defendants', Fund V LLC's and Fund VI LLC's reply briefs in support of their motions for summary judgment to a total of 30 pages.  Having considered IEC's moving papers, the opposition papers of Defendants, and the case record, the Court finds that the IEC's motion is HERBY GRANTED IN PART AND DENIED IN PART.

IEC's unopposed request to file one consolidated brief of no more than 68 pages in opposition to the Individual Defendants', Fund V LLC's and Fund VI LLC's motions for summary judgment is HEREBY GRANTED.

IEC's motion to reduce the number of pages available to the Individual Defendants, Fund V LLC and Fund VI LLC for their reply briefs from 15 each, as is provided by L.R. 7-4(b), to a total of 30 is HEREBY DENIED.  Pursuant to FRCP Rule 56(b) and L.R. 7-4(b), the Individual Defendants, Fund V LLC and Fund VI LLC are each entitled to file reply briefs of up to 15 pages.

IT IS SO ORDERED

DATED: __October 24__, 2005

_____
THE HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

20145235.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

[PROPOSED] ORDER ON IEC'S MOTION FOR MISC. ADMIN. RELIEF PURSUANT TO L.R. 7-11
CASE NO. C 03-1561 MMC (EDL)