KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
I-ENTERPRISE COMPANY LLC,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I-ENTERPRISE COMPANY LLC, | Case No. C 03-1561 MMC (EDL) |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO FILE A SURREPLY TO DEFENDANTS' MOTION TO DISMISS |
| v. | |
| DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC; DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC; TIMOTHY C. DRAPER; JOHN H. N. FISHER; and STEPHEN T. JURVETSON, | Date:      Friday, November 4, 2005 Time:      9:00 a.m. Courtroom: 7, 19th Floor Judge:     Honorable Maxine M. Chesney |
| Defendants. | Trial Date: January 30, 2006 |

361016.01

1    Before the Court is Plaintiff I-Enterprise Company LLC's Miscellaneous Administrative

2  Request to File a Surreply to Defendants' Motion to Dismiss Certain Counts of the Fourth

3  Amended Complaint.  Having considered the Request, any opposition materials submitted by

4  Defendants Draper Fisher Jurvetson Management Company V, LLC; Draper Fisher Jurvetson

5  Management Co. VI, LLC; Timothy C. Draper; John H. N. Fisher; and Stephen T. Jurvetson

6  (collectively "Defendants"), and the case record, the Court rules that the Request shall be

7  GRANTED.  It is therefore hereby

8    ORDERED THAT the Court clerk shall file Plaintiff's surreply, presently lodged with

9  the Clerk's office.

10    IT IS SO ORDERED.

11  DATED:  <u>November 1   </u>, 2005

12

13

14    THE HON. MAXINE M. CHESNEY
     United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING PLAINTIFF'S REQUEST TO FILE A SURREPLY
TO DEFENDANTS' MOTION TO DISMISS
CASE NO. C 03-1561 MMC (EDL)

361016.01