```
KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
DARALYN J. DURIE - #169825
RYAN M. KENT - #220441
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
I-ENTERPRISE COMPANY LLC,
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I-ENTERPRISE COMPANY LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC; DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC; TIMOTHY C. DRAPER; JOHN H. N. FISHER; and STEPHEN T. JURVETSON,<br><br>　　　　　　　　　　Defendants. | Case No. C 03-1561 MMC (EDL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:　　November 18, 2005<br>Time:　　9:00 a.m.<br>Courtroom: 7, 19th Floor<br>Judge:　　Honorable Maxine M. Chesney<br><br>Trial Date: January 30, 2006 |

1    Pursuant to Civil Local Rules 7-10 and 79-5, Plaintiff I-Enterprise Corporation LLC has
2  applied to this Court for an order to file under seal the confidential, unredacted version of its
3  Consolidated Memorandum of Points and Authorities in Opposition to Defendants' Motions for
4  Summary Judgment on the Fourth Amended Complaint or Alternatively, For Summary
5  Adjudication ("Opposition"), the Declaration of Ryan M. Kent, and the exhibits marked
6  Confidential by Defendants attached thereto.  IEC has so applied because these documents
7  contain material sensitive to Defendants, and have been designated by them as Confidential
8  under the Protective Order in this case.
9    GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the
10 Plaintiff's Administrative Request is granted and that these documents shall be filed under seal.
11   The Clerk of the Court shall maintain said Opposition, declaration, and exhibits in
12 accordance with the provisions of Local Civil Rule 79-5(e).
13   IT IS SO ORDERED.
14 DATED:  November 3   , 2005

_____
THE HON. MAXINE M. CHESNEY
United States District Court Judge