1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  DARALYN J. DURIE - #169825
   RYAN M. KENT - #220441
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
   Attorneys for Plaintiff
6  I-ENTERPRISE COMPANY LLC

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11
   I-ENTERPRISE COMPANY LLC,           Case No. C 03-1561 MMC (EDL)
12
                      Plaintiff,       [~~PROPOSED~~] ORDER GRANTING IEC'S
13                                     ADMINISTRATIVE REQUEST TO FILE
          v.                           EXHIBIT UNDER SEAL
14
   DRAPER FISHER JURVETSON
15 MANAGEMENT COMPANY V, LLC;
   DRAPER FISHER JURVETSON             Judge:   Honorable Elizabeth D. Laporte
16 MANAGEMENT CO. VI, LLC; TIMOTHY
   C. DRAPER; JOHN H. N. FISHER; and
17 STEPHEN T. JURVETSON,

18                    Defendants.

19
20
21
22
23
24
25
26
27
28

357943.01

[PROPOSED] ORDER GRANTING IEC'S ADMINISTRATIVE. REQUEST TO FILE UNDER SEAL
                    CASE NO. C 03-05665 MHP

1     Pursuant to Civil Local Rules 7-10 and 79-5, Plaintiff I-Enterprise Corporation LLC has
2 applied to this Court for an order to file under seal its Exhibit 1 and 2 attached to the declaration
3 of Elliot R. Peters in support of plaintiff's notice of motion and motion to reopen the deposition
4 of Professor Paul Gompers, stating that these documents contain privileged and protectable
5 information.
6     GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the
7 exhibits set forth in IEC's Administrative Request to file documents under seal be filed under [removed from the public docket and]
8 seal.
9     The Clerk of the Court shall maintain said declaration and exhibits in accordance with the
10 provisions of Local Civil Rule 79-5(e).
11     IT IS SO ORDERED.

Date: November 7, 2005

IT IS SO ORDERED.
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

Honorable Elizabeth D. Laporte
United States District Court
Northern District of California

---

1

[PROPOSED] ORDER GRANTING IEC'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
CASE NO. C 03-05665 MHP

357943.01