IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I-ENTERPRISE COMPANY LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DRAPER FISHER JURVETSON<br>MANAGEMENT COMPANY V, LLC, et al.,<br><br>　　　　Defendants | No. C-03-1561 MMC<br><br>**ORDER VACATING NOVEMBER 18, 2005 HEARING ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>(Docket Nos. 471, 472, 473) |

　　　Before the Court are three separate motions for summary judgment, filed October 14, 2005 by, respectively: (1) defendants Timothy C. Draper, John H.N. Fisher, and Stephen T. Jurvetson; (2) defendant Draper Fisher Jurvetson Management Company V, LLC; and (3) defendant Draper Fisher Jurvetson Management Company VI, LLC.  Given the length and complexity of the motions and the volume of material submitted, the Court to date has not completed its review thereof and is unlikely to do so before the November 18, 2005 hearing date.

　　　Accordingly, the November 18, 2005 hearing on the motions for summary judgment is hereby VACATED.  The Court will reset the hearing at a later date if the Court determines, after completing its review of the papers submitted in support of and in

1  opposition to the motions, that a hearing is necessary.

2  **IT IS SO ORDERED.**

3  Dated: November 14, 2005

_____
MAXINE M. CHESNEY
United States District Judge