**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                         IN THE UNITED STATES DISTRICT COURT
8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   I-ENTERPRISE CO.,                           No. C-03-01561 MMC (EDL)
11              Plaintiff,                        **ORDER ON DEFENDANTS' MOTION (1)**
                                                 **FOR LEAVE TO CONDUCT DISCOVERY**
12      v.                                        **ON CALIFORNIA BLUE SKY LAW**
                                                 **CLAIMS AND PUNITIVE DAMAGES**
13   DRAPER FISHER JURVETSON                      **CLAIMS AND PRAYER ADDED BY**
     MANAGEMENT CO., et al.,                      **PLAINTIFF, I-ENTERPRISE COMPANY**
14                                                **LLC, IN ITS FOURTH AMENDED**
                Defendants.                       **COMPLAINT, AND (2) TO EXTEND THE**
15                                                **NON-EXPERT DISCOVERY CUT-OFF TO**
                                                 **ALLOW DEFENDANTS SUFFICIENT**
16                                                **TIME TO CONDUCT SUCH DISCOVERY**
17   _____/
18
19       Presently before the Court is the motion of Defendants, Draper Fisher Jurvetson Management

20   Company V, LLC ("Fund V LLC"), Draper Fisher Jurvetson Management Co. VI, LLC ("Fund VI LLC"),

21   Timothy C. Draper, John H. N. Fisher and Stephen T. Jurvetson (collectively, "Defendants"), for an Order:

22   (1) granting Defendants leave to propound contention interrogatories and requests for admission and to conduct

23   a 30(b)(6) deposition on the new California blue sky law claims and the claims and prayer for punitive damages

24   added for the first time by IEC's Fourth Amended Complaint ("FAC"); and (2) and extending the non-expert

25   discovery cut-off to December 30, 2005 to allow Defendants sufficient time to conduct such discovery.  Having

26   considered Defendants' moving papers, the opposition papers of Plaintiff, I-Enterprise Company LLC ("IEC"),

27   the evidence and arguments presented at oral argument and the case record, the Court finds that Defendants'

28   motion is HERBY GRANTED IN PART AND DENIED IN PART.

         IT IS HEREBY ORDERED THAT Defendants may propound up to 10 contention interrogatories and

10 requests for admission on the new CA blue sky claims and punitive damages claims and prayer added in IEC's FAC.  Defendants shall serve their interrogatories and requests for admission by November 21, 2005, and IEC shall serve its responses by December 21, 2005.  Defendants' request to conduct a 30(b)(6) deposition on the claims added by the FAC is denied.  For the sole and exclusive purpose of providing Defendants sufficient time to conduct the above discovery, non-expert discovery is hereby reopened through December 30, 2005.

**IT IS SO ORDERED.**

Dated: November 18, 2005

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2