**United States District Court**

For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

I-ENTERPRISE COMPANY LLC,                    No. C-03-1561 MMC

10

            Plaintiffs,               **ORDER REQUIRING PARTIES TO FILE**
11                                            **JOINT STATEMENT RE: STATUS OF**
      v.                                      **MOTIONS IN LIMINE AND MOTIONS TO**
12                                            **EXCLUDE EXPERT TESTIMONY**

13  DRAPER FISHER JURVETSON
   MANAGEMENT COMPANY V, LLC, et al.,
14
            Defendants
15  _____/

16

17        On December 30, 2005, the parties filed a large volume of pretrial papers, among

18  which are numerous motions in limine, including motions to exclude expert testimony.  On

19  the same date, the Court issued its ruling on defendants' motions for summary judgment.

20  As the parties' pretrial motions were prepared without the benefit of the Court's summary

21  judgment ruling, the parties are hereby ordered to meet and confer forthwith and to FILE a

22  joint statement, no later than January 9, 2006, identifying which pretrial motions have not

23  been rendered moot by the Court's summary judgment order.

24        **IT IS SO ORDERED.**

25  Dated: January 4, 2006                   MAXINE M. CHESNEY
                                             United States District Judge
26

27

28