IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I-ENTERPRISE COMPANY LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC, et al.,<br><br>    Defendants / | No. C-03-1561 MMC<br><br>**ORDER REQUIRING PARTIES TO FILE AMENDED PRETRIAL STATEMENT** |

    On December 30, 2005, the parties filed a joint pretrial statement containing lengthy listings of issues and witnesses. On the same date, the Court issued its ruling on defendants' motions for summary judgment. As the parties' pretrial statement was prepared without the benefit of the Court's summary judgment ruling, the parties are hereby ordered to meet and confer forthwith and to FILE, no later than January 11, 2006, an amended pretrial statement addressing only the issues that remain to be tried and the witnesses relevant thereto.

    **IT IS SO ORDERED.**

Dated: January 4, 2006

                                             MAXINE M. CHESNEY
                                             United States District Judge