IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I-ENTERPRISE COMPANY LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC, et al.,<br><br>    Defendants<br>_____/ | No. C-03-1561 MMC<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>(Docket No. 599) |

    Before the Court is defendants' motion, filed December 30, 2005, for partial judgment on the pleadings on plaintiff's claims for violation of the Massachusetts and California blue sky laws. Defendants' motion is untimely. The Court's First Amended Pretrial Preparation Order, filed June 13, 2005, provides that dispositive motions shall be filed no later than October 14, 2005. On October 12, 2005, the Court denied defendants' ex parte application for an order continuing, to November 18, 2005, the deadline to file dispositive motions and has never granted defendants leave to file any dispositive motions after the October 14, 2005 deadline. As defendants' motion for partial judgment on the pleadings is untimely, the Court hereby DENIES the motion, without prejudice to defendants' raising the defenses contained therein at trial.

    **IT IS SO ORDERED.**

Dated: January 5, 2006

                                              MAXINE M. CHESNEY
                                              United States District Judge