MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (California Bar No. 085713)
CHRISTOPHER L. WANGER (California Bar No. 164751)
EUGENE L. HAHM (California Bar No. 167596)
JEFFREY J. LOKEY (California Bar No. 200825)
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:     (650) 812-1300
Facsimile:      (650) 213-0260

Attorneys for Defendants,
DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC;
DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC;
TIMOTHY C. DRAPER, JOHN H.N. FISHER, AND STEPHEN T. JURVETSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I-ENTERPRISE COMPANY LLC,<br><br>　　　　Plaintiff,<br><br>　Vs.<br><br>DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC, DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC, TIMOTHY C. DRAPER, JOHN H.N. FISHER and STEPHEN T. JURVETSON,<br><br>　　　　Defendants. | Case No. C 03 1561 MMC (EDL)<br><br>[~~PROPOSED~~] ORDER SEALING CONFIDENTIAL DOCUMENTS [L.R. 79-5]<br><br>TRIAL DATE:　January 30, 2006<br>TIME:　　　　 9:00 a.m.<br>PLACE:　　　 7, 19th Floor<br>JUDGE:　　　 Honorable Maxine M. Chesney |

On April 14, 2004, the Court entered a Protective Order which provides for the designation of certain sensitive, non-public information as "Confidential."  Defendants have requested an Order sealing the confidential exhibits (specifically, exhibits 1, 5, 7, 9-12, 14-18, 20, 23, 28-30, 33, and 36) to the Omnibus Declaration of Christopher L. Wanger in Support of Defendants' *Motions in Limine* and Daubert motions.  As set forth in the Declaration of Jeffrey J.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20149488.1　　　　　　　　　　1　　　　　　　　[PROPOSED ORDER SEALING CONFIDENTIAL
　　　　　　　　　　　　　　　　　　　　　　　　　　　DOCS. PURSUANT TO CIVIL L.R. 79-5(D)
　　　　　　　　　　　　　　　　　　　　　　　　　　　CASE NO. C 03 1561 MMC (EDL)

1  Lokey submitted in support of Defendants' request to file under seal, the documents named above
2  contain confidential and sensitive financial and business information that has been designated by
3  one or both of the parties as "Confidential."

4  Accordingly, the parties have agreed to treat these documents as "Confidential" due to the
5  nature of the information contained therein.  Pursuant to Civil L.R. 79-5(d), Defendants have
6  submitted a Miscellaneous Administrative Request to file this information under seal.  Defendants
7  have narrowly tailored its request in that it has excised only those documents containing non-
8  public, sensitive and confidential information.

9  ACCORDINGLY, GOOD CAUSE APPEARING, pursuant to Federal Rule of Civil
10 Procedure 26(c), Civil L.R. 79-5(d), and the Court's inherent authority over the papers filed in
11 this Court:

12 IT IS HEREBY ORDERED that:

13 1. Exhibits 1, 5, 7, 9-12, 14-18, 20, 23, 28-30, 33, and 36, to the Omnibus
14 Declaration of Christopher L. Wanger in Support of Defendants' *Motions in Limine* and Daubert
15 Motions, are sealed.

17 IT IS SO ORDERED
18 Dated: __January 6, 2006__, ~~2005~~

_____
The Honorable Maxine M. Chesney
United States District Court Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20149488.1

2

[PROPOSED ORDER SEALING CONFIDENTIAL
DOCS. PURSUANT TO CIVIL L.R. 79-5(D)
CASE NO. C 03 1561 MMC (EDL)