KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
DARALYN J. DURIE - #169825
RYAN M. KENT - #220441
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
I-ENTERPRISE COMPANY LLC,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I-ENTERPRISE COMPANY LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC; DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC; TIMOTHY C. DRAPER; JOHN H. N. FISHER; and STEPHEN T. JURVETSON,<br><br>　　　　　　　Defendants. | Case No. C 03-1561 MMC (EDL)<br><br>**[PROPOSED] ORDER GRANTING IEC'S ADMINISTRATIVE REQUEST TO FILE EXHIBIT UNDER SEAL**<br><br>Date:　　　January 17, 2006<br>Time:　　　3:00 p.m.<br>Courtroom: 7, 19th Floor<br>Judge:　　Honorable Maxine M. Chesney<br><br>Trial Date: January 30, 2006 |

1  Pursuant to Civil Local Rules 7-10 and 79-5, Plaintiff I-Enterprise Corporation LLC has
2  applied to this Court for an order to file under seal Exhibit 1 to the Supplemental Declaration of
3  Ryan M. Kent in Support of IEC's Motion *In Limine* No. 1.  IEC has so applied because Exhibit
4  1 contains material sensitive to Defendants, and have been designated by them as Confidential
5  under the Protective Order in this case.
6  GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the
7  Plaintiff's Administrative Request is granted and Exhibit 1 shall be filed under seal.
8  The Clerk of the Court shall maintain this exhibit in accordance with the provisions of
9  Local Civil Rule 79-5(e).
10  IT IS SO ORDERED.
11  DATED:  January 6    , 2006

_____
THE HON. MAXINE M. CHESNEY
United States District Court Judge