MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (California Bar No. 085713)
CHRISTOPHER L. WANGER (California Bar No. 164751)
EUGENE L. HAHM (California Bar No. 167596)
JEFFREY J. LOKEY (California Bar No. 200825)
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:     (650) 812-1300
Facsimile:      (650) 213-0260

Attorneys for Defendants,
DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC;
DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC;
TIMOTHY C. DRAPER, JOHN H.N. FISHER, AND STEPHEN T. JURVETSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I-ENTERPRISE COMPANY LLC,<br><br>          Plaintiff,<br><br>     Vs.<br><br>DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC, DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC, TIMOTHY C. DRAPER, JOHN H.N. FISHER and STEPHEN T. JURVETSON,<br><br>          Defendants. | Case No. C 03 1561 MMC (EDL)<br><br>[PROPOSED] ORDER SEALING CONFIDENTIAL DOCUMENTS [L.R. 79-5]<br><br>DATE:     January 17, 2006<br>TIME:      3:00 p.m.<br>PLACE:    7, 19th Floor<br>JUDGE:    Honorable Maxine M. Chesney<br><br>TRIAL:     January 30, 2006 |

On April 14, 2004, the Court entered a Protective Order which provides for the designation of certain sensitive, non-public information as "Confidential."  Defendants have requested an Order sealing the confidential exhibits (specifically, exhibits 4-5, 9-18, 21, and 23-32) to the Omnibus Declaration of Christopher L. Wanger in Support of Defendants' Oppositions to I-Enterprise Company LLC's *Motions in Limine*.  As set forth in the Declaration of Jeffrey J.

1  Lokey submitted in support of Defendants' request to file under seal, the documents named above
2  contain confidential and sensitive financial and business information that has been designated by
3  one or both of the parties as "Confidential."

4  Accordingly, the parties have agreed to treat these documents as "Confidential" due to the
5  nature of the information contained therein.  Pursuant to Civil L.R. 79-5(d), Defendants have
6  submitted a Miscellaneous Administrative Request to file this information under seal.  Defendants
7  have narrowly tailored its request in that it has sought to file under seal only those documents
8  containing confidential information.

9  ACCORDINGLY, GOOD CAUSE APPEARING, pursuant to Federal Rule of Civil
10 Procedure 26(c), Civil L.R. 79-5(d), and the Court's inherent authority over the papers filed in
11 this Court:

12 IT IS HEREBY ORDERED that:

13 1.   Exhibits 4-5, 9-18, 21, and 23-32, to the Omnibus Declaration of Christopher L.
14 Wanger in Support of Defendants' Oppositions to I-Enterprise Company LLC's *Motions in*
15 *Limine*, are sealed.

17 IT IS SO ORDERED
18 Dated:  January 12, 2006

_____
The Honorable Maxine M. Chesney
United States District Court Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20149880.1

2

[PROPOSED ORDER SEALING CONFIDENTIAL
DOCS. PURSUANT TO CIVIL L.R. 79-5(D)
CASE NO. C 03 1561 MMC (EDL)