IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I-ENTERPRISE COMPANY LLC, | No. C-03-1561 MMC |
| Plaintiff, | **ORDER VACATING TRIAL DATE** |
| v. | |
| DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC, et al., | |
| Defendants / | |

    Plaintiff having advised the Court that the parties have agreed to a settlement of the above-titled action, and that plaintiff anticipates filing a dismissal on January 30, 2006,

    IT IS HEREBY ORDERED that the January 30, 2006 trial date is hereby VACATED.

**IT IS SO ORDERED.**

Dated: January 25, 2006

MAXINE M. CHESNEY
United States District Judge