KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
DARALYN J. DURIE - #169825
RYAN KENT - #220441
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
I-ENTERPRISE COMPANY LLC,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I-ENTERPRISE COMPANY LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC; DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC; TIMOTHY C. DRAPER; JOHN H. N. FISHER; and STEPHEN T. JURVETSON,<br><br>　　　　　　　　　　Defendants. | Case No. C 03-1561 MMC (EDL)<br><br>**STIPULATION AND [PROPOSED] DISMISSAL ORDER**<br><br><br>Judge:　　Honorable Maxine M. Chesney |

1  On January 23, 2006, Plaintiff I-ENTERPRISE COMPANY LLC, and Defendants
2  DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC; DRAPER FISHER
3  JURVETSON MANAGEMENT CO. VI, LLC; TIMOTHY C. DRAPER; JOHN H. N. FISHER;
4  and STEPHEN T. JURVETSON, the parties to the above-captioned matter ("Parties"), entered
5  into a confidential settlement agreement, which requires the Plaintiff to dismiss with prejudice all
6  claims in the above-captioned matter.  Federal Rule of Civil Procedure 41 provides that the
7  Plaintiff may dismiss its claims by stipulation of all Parties.
8  NOW THEREFORE the Parties, under Federal Rule of Civil Procedure 41, hereby
9  stipulate to the dismissal with prejudice of all claims in the above-captioned action.  Each Party
10 is to bear its own attorneys' fees and costs.

11

12 Dated:  February 3, 2006                         KEKER & VAN NEST, LLP

13

14
                                                  By:  /s/ Daralyn J. Durie
15                                                     DARALYN J. DURIE
                                                       Attorneys for Plaintiff
16                                                     I-ENTERPRISE COMPANY LLC

17                                                *Filer's Attestation: Pursuant to General
                                                  Order No. 45, Section X(B) regarding*
18                                                *signatures, Daralyn J. Durie hereby attests
                                                  that concurrence in the filing of the*
19                                                *document has been obtained*

20
    Dated:  February 3, 2006                         MANATT, PHELPS & PHILLIPS, LLP
21

22

23                                                By:    /s/ Christopher L. Wanger
                                                         CHRISTOPHER L. WANGER
24                                                       Attorneys for Defendants
                                                         DRAPER FISHER JURVETSON
25                                                       MANAGEMENT COMPANY V, LLC;
                                                         DRAPER FISHER JURVETSON
26                                                       MANAGEMENT CO. VI, LLC;
                                                         TIMOTHY C. DRAPER, JOHN H.N.
27                                                       FISHER, AND STEPHEN T.
                                                         JURVETSON
28

1
2
3      PURSUANT TO STIPULATION, IT IS SO ORDERED.
4   Dated:   February 3, 2006
5
6                                              By: _____
7                                                  HONORABLE MAXINE M. CHESNEY
                                                   UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28